In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



 NO. 09-03-071 CR 


NO. 09-03-072 CR


____________________



LEROY ANTWINE WASHINGTON, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause Nos. 75977 and 75978






MEMORANDUM OPINION (1)


 Leroy Antwine Washington entered guilty pleas to separate indictments for
aggravated assault. Following a plea bargain agreement between Washington and the
State, the trial court deferred adjudication of guilt in both cases and placed Washington on
community supervision for eight years. In subsequent proceedings, the trial court
proceeded to adjudicate guilt, convicted Washington, and assessed punishment in each case
at ten years of confinement in the Texas Department of Criminal Justice, Institutional
Division. Washington filed pro se notices of appeal on February 4, 2003. 

 In each case, the trial court entered a certification of the defendant's right to appeal
in which the court certified that this is a plea-bargain case, and the defendant has no right
of appeal. See Tex. R. App. P. 25.2(a)(2). The trial court's certifications are included in
the records on appeal. 

 On February 7, 2003, we notified the parties that the appeals would be dismissed
unless amended certifications were filed within thirty days of the date of the notices and
made a part of the appellate records by March 9, 2003. See Tex. R. App. P. 37.1. The
records have not been supplemented with amended certifications. In each case, because
a certification that shows the defendant has the right of appeal has not been made part of
the record, the appeal must be dismissed. See Tex. R. App. P. 25.2(d). 

 Accordingly, we dismiss the appeals for want of jurisdiction.

 APPEALS DISMISSED.

 PER CURIAM


Opinion Delivered March 20, 2003 

Do Not Publish


Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.